AO 91 (Rev. 11/11)   Criminal Complaint (approved by AUSA Josh A. Davison)　　　　　　　　　　　　　　　USAO CW No. 25-091

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>FELIX SUERO GERONIMO<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  25-mj-1035<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 24, 2024  in the county of  Philadelphia  in the
  Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1306(b) | Failure of Alien to Notify Change of Address |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark Perrini
　　　　　　　　　　　　　　　　　　　　　　　　　　*Complainant's signature*

　　　　　　　　　　　　　　　　　　　　　　　　　　Mark Perrini, Deportation Officer ICE
　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

Sworn to before me by telephone.

Date:　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Straw 5-16-2025
　　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

City and state:　　Philadelphia, Pennsylvania　　　　Honorable Craig M. Straw, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 25-MJ-1035 |
| FELIX SUERO-GERONIMO | : | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

1.  I, Mark Perrini, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since June 30, 2024. As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act ("INA"). I am currently assigned to the ICE Enforcement and Removal Operations ("ERO") Field Office in Philadelphia, Pennsylvania, and my duties include investigating violations of Title 8 of the United States Code ("U.S.C"), to include violations of immigration offenses.

2.  I have prepared this affidavit in support of a criminal complaint against Felix SUERO-GERONIMO because, as set forth more fully below, there is probable cause to believe that SUERO-GERONIMO, an alien, that is, an individual who is not a United States citizen or national, is required to notify the Attorney General or DHS in writing of each change of address and new address within ten days from the date of such change, and failed to do so, in violation of Title 8, United States Code, Sections 1305(a) and 1306(b). I base this conclusion on information that I have obtained from my personal observations, witness interviews, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation. Because this affidavit is submitted only for the limited purpose of

1

establishing probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

## **PROBABLE CAUSE**

3. On January 1, 2023, SUERO-GERONIMO entered the United States and was encountered by U.S. Border Patrol ("USBP") in the Rio Grande Valley, Texas border patrol sector. SUERO-Geronimo was interviewed by USBP and a written Record of Sworn Statement, Form I-867 A/B, was executed by USBP. SUERO-GERONIMO admitted to being a citizen and national of the Dominican Republic without the necessary legal documents to enter, pass through, or remain in the United States, and to having illegally crossed the international border into the United States without being inspected by an immigration officer at a designated port of entry.

4. SUERO-GERONIMO was processed for expedited removal. Expedited removal is a streamlined process under Section 235 of the INA (8 U.S.C. § 1225(b)(1)) that allows certain noncitizens to be removed (deported) from the United States without a hearing before an immigration judge. It is generally used for individuals who arrive without valid documents at the border or who are apprehended shortly after entry (within 100 miles of the United States border and within 14 days of entry).

5. At that time, SUERO-GERONIMO claimed to USBP that he had a fear of persecution or torture if he was removed to the Dominican Republic. Pursuant to Section 235(b)(1)(B) of the INA, SUERO-GERONIMO's case was referred for a credible fear interview with an Asylum Officer from U.S. Citizenship and Immigration Services ("USCIS"). Therefore, although a Form I-860, Notice and Order of Expedited Removal, was issued on January 1, 2023,

it was not served on SUERO- GERONIMO pending the outcome of the interview with an Asylum Officer.

6.  On January 12, 2023, following an interview with SUERO-GERONIMO, USCIS found that SUERO-GERONIMO had met the threshold of a "credible fear" and referred him to immigration court.

7.  On January 14, 2023, USCIS issued SUERO-GERONIMO a Form I-862, Notice to Appear ("NTA"), ordering him to appear in immigration court, before the U.S. Department of Justice, Executive Office for Immigration Review ("EOIR"). The NTA charged SUERO-GERONIMO with being subject to removal from the United States. SUERO-GERONIMO was ordered to appear before an immigration judge on April 10, 2023.

8.  On January 17, 2023, SUERO-GERONIMO was served with an Interim Notice Authorizing Parole by ICE. This form authorized SUERO-GERONIMO to be released from ICE custody, pursuant to its authority under Section 212(d)(5)(A) of the INA. This form contained instructions advising SUERO-GERONIMO that he must maintain a copy of the letter in his possession at all times and that he must report for every scheduled hearing before immigration court and every appointment with ICE. This form also specifically stated that SUERO-GERONIMO was required to notify ICE and the immigration judge of any address corrections or address changes. An ICE officer certified that this form was served upon SUERO-GERONIMO and that SUERO-GERONIMO signed this form on January 17, 2023. On a continuation page of the document, which contains SUERO-GERONIMO's photograph and right index fingerprint, it was stated that SUERO-GERONIMO reported that he was then residing at 1013 Freeman Street, Apt 59, Bronx, New York 10459. This form also included a second notification that SUERO-GERONIMO was required to notify ICE of any address correction or address change. On the

3

Interim Notice Authorizing Parole, SUERO-GERONIMO was commanded to report to the New York City ICE office on February 8, 2023.

9. On January 19, 2023, an ICE officer served SUERO-GERONIMO with a Form I-286, Notice of Custody Determination, which stated that SUERO-GERONIMO was being released from ICE custody under the conditions that were stated on the Interim Notice Authorizing Parole. This form was acknowledged and signed by SUERO-GERONIMO on January 19, 2023. This form was also signed by an ICE officer on the same date certifying the form was read and explained in Spanish to SUERO-GERONIMO. SUERO-GERONIMO was also served with the NTA, advised in the Spanish language of his obligation to appear, and he was released from ICE custody. The NTA provided an initial court date of April 10, 2023 for SUERO-GERONIMO. Since SUERO-GERONIMO was being released from custody, EOIR was notified by ICE in writing that SUERO-GERONIMO provided the address of 1013 Freeman Street Apt 59, Bronx, NY 10459 as his residence. This form was signed by an ICE officer and dated January 17, 2023.

10. DHS and EOIR maintain databases that contain immigration court records for all aliens who have pending immigration proceedings in the United States. Those databases reflect that SUERO-GERONIMO did not provide any change of address to ICE or EOIR and that there is no record that SUERO-GERONIMO has left the United States since entering.

11. I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A-File"), contains documentation relating to the alien, including his/her photograph, applications for relief, immigration court records, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents

related to the lawful or unlawful status of the non-citizen in the United States. Each non-citizen is assigned an identification number, referred to as the Alien Number.

12. A search of ICE databases revealed that SUERO-GERONIMO has been assigned Alien Number 246 416 864.

13. Located inside the A file assigned to Alien Number 246 416 864 was an Interim Notice Authorizing Parole form that states that SUERO-GERONIMO must notify ICE and the immigration judge of any address correction or address change. Also contained in the A File was a Form I-830, Notice to EOIR: Alien Address form that was dated January 17, 2023 and was signed by an immigration officer that certified that the respondent, Felix SUERO-GERONIMO A#246 416 864, was notified that EOIR must be notified of any further address change. On both of these documents SUERO-GERONIMO provided the address of 1013 Freeman Street Apt 59 Bronx, NY 10459 as his residential address. Also contained in the A file were records pertaining to SUERO-GERONIMO's contacts with the criminal justice system in the United States.

12. Based on my review of this A file and DHS's electronic databases, I have determined the following:

    a. On December 21, 2023, SUERO-GERONIMO was arrested by the Philadelphia Police Department for Burglary, Trespassing, Strangulation, Contempt for Violation of Order, Terroristic Threats, Recklessly Endangering Another Person, Intimidating Witness, Aggravated Assault, and Simple Assault. On March 21, 2025, SUERO-GERONIMO pleaded guilty to Trespassing, Contempt for Violation of Order, and Terroristic Threats and was sentenced to 11 months, 15 days to 23 months' confinement and one year of probation. SUERO-GERONIMO provided the address 2057 A Street, Philadelphia, Pennsylvania 19125 to the Court of Common

5

Pleas of Philadelphia as his home address. This address is listed on corresponding court documents and records as SUERO-GERONIMO's home address.

      b.      On January 24, 2024, SUERO-GERONIMO was arrested by the Philadelphia Police Department for Criminal Attempt of Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver, Intentional Possession of a Controlled Substance by Person Not Registered, and Possessing an Instrument of Crime. On March 13, 2025, SUERO-GERONIMO pleaded guilty to Possessing an Instrument of Crime and was sentenced to two years' probation. SUERO-GERONIMO provided the address of 2050 A Street, Philadelphia, Pennsylvania 19120 to the Court of Common Pleas of Philadelphia as his home address. This address is listed on corresponding court documents and records as SUERO-GERONIMO's home address.

      c.      On February 19, 2024, SUERO-GERONIMO was arrested by the Philadelphia Police Department for Criminal Attempt of Burglary, Criminal Attempt of Trespassing, Contempt for Violation of Order, Terroristic Threats, Evading Arrest, and Simple Assault. On March 21, 2025, SUERO-GERONIMO pleaded guilty to Terroristic Threats, Contempt for Violation of Order, and Evading Arrest and was sentenced to 11 months, 15 days to 23 months' confinement and one year probation. SUERO-GERONIMO provided the address of 1910 East Orland Street, Philadelphia, Pennsylvania 19126 to the Court of Common Pleas of Philadelphia as his home address. This address is listed in corresponding court documents and records as SUERO-GERONIMO's home address.

      e.      On March 3, 2024, SUERO-GERONIMO was arrested by the Philadelphia Police Department for Aggravated Assault, Burglary, Firearms, Trespassing, Possessing Instrument of Crime, Terroristic Threats, Recklessly Endangering Another Person, and Simple Assault. On March 21, 2025, SUERO-GERONIMO pleaded guilty to the Firearms, Trespassing, and

Terroristic Threats offenses, and was sentenced to 11 months, 15 days to 23 months' confinement and two years' probation. SUERO-GERONIMO provided the address of 1910 Orland Street Philadelphia, Pennsylvania 19126 as his residence to the to the Court of Common Pleas of Philadelphia as his home address. This address is listed in corresponding court documents and records as SUERO-GERONIMO's home address.

13. A search of the DHS databases revealed that Felix SUERO-GERONIMO did not provide a change of address to ICE or EOIR notifying them of any address change from 1013 Freeman Street Apt 59, Bronx, New York 10459 to any of the home addresses in Philadelphia that he reported to the Philadelphia Court of Common Pleas.

## CONCLUSION

Based on all of the foregoing, I respectfully submit that the facts set forth in this Affidavit demonstrate that there is probable cause to conclude that Felix SUERO-GERONIMO, a non-United States citizen, did not notify DHS in writing of each change of address and new address within ten days of moving, in violation 8 U.S.C. §§ 1305(a) and 1306(b). I therefore respectfully ask that the Court issue a warrant ordering his arrest for such offense.

/s/ Mark Perrini _____
Mark Perrini
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
This   th day of May 2025.

/s/ Craig M. Straw 5-16-2025
_____
HONORABLE CRAIG M. STRAW
United States Magistrate Judge

7